```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
```

TYLER PENEAUX,

                Plaintiff,

        v.                    CASE NO.  07-3199-SAC

CORRECTIONAL CORPORATION
OF AMERICA, et al.,

                Defendants.

## O R D E R

On August 24, 2007, this court entered an order granting plaintiff thirty (30) days in which to submit a certified copy of his inmate account for the six-month period immediately preceding the filing of his complaint in support of his in forma pauperis motion as required by statute, and in which to show cause why this action should not be dismissed for the reasons stated in that Order.  The time in which plaintiff was ordered to respond has expired, and nothing has been submitted by plaintiff.  The court finds this action must be dismissed, without prejudice, on account of plaintiff's failure to comply with the court's Order of August 24, 2007.

**IT IS THEREFORE ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is denied, and this action is dismissed and all relief is denied, without prejudice.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2007, at Topeka, Kansas.

                                      <u>s/Sam A. Crow</u>  
                                      U. S. Senior District Judge